PEOPLE, PLAINTIFF AND APPELLEE, *v.* ROSENSTADT & WALLER, DEFENDANTS AND APPELLANTS.

APPEALS from the District Court of Humacao in Prosecutions for Violations of the Minimum Wages Act.

Nos. 1522, 1523.—Decided December 9, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Alvarez, ante,* page 882.

Messrs. *Luis Mendin* and *O. B. Frazer* for the appellants.
Mr. *José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.